**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ALICIA ESTEVEZ-GARCIA, | **ORDER** |

File # A77829153

_____/

The Court orders that the deportation of Alicia Estevez-Garcia be stayed until July 3, 2008 at 11:00p.m.

**IT IS SO ORDERED.**

Dated: July 2, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ESTEVEZ-GARCIA, | Case Number: CV08-03197 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NANCY ALCANTAR et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David J. Kaufman
Kaufman & Kaufman
220 Montgomery Street
Suite 976
San Francisco, CA 94104

Edward Olsen
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: July 7, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk