IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ESTEVEZ-GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF & NANCY ALCANTAR,<br><br>    Respondents.<br>_____/ | No. C 08-03197 CRB<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

    Now pending before the Court is Petitioner's petition for a writ of habeas corpus seeking review of the orders of the United States Immigration & Customs Enforcement and Bureau of Immigration Appeals denying Petitioner's request for a stay of removal. Without relief from this Court, Petitioner is scheduled to be removed to Mexico on Monday, July 7, 2008 in accordance with a final order of removal issued by an Immigration Judge on September 5, 2001.

    The Court denies the petition on the ground that the REAL ID Act stripped this Court of jurisdiction to review final orders of removal, claims arising from actions and proceedings brought in connection with removals, and claims arising from Executive Branch decisions to execute removal orders. See 8 U.S.C. § 1252(a)(5); id. § 1252(b)(9); id. § 1252(g). Thus, when a habeas petitioner seeks a stay in order to avoid the execution of a

final order of removal, federal court jurisdiction exists, if at all, in the Ninth Circuit Court of Appeals. See <u>Nken v. Chertoff</u>, 2008 WL 2436696, *4 (D.D.C. 2008).

**IT IS SO ORDERED.**

Dated: July 7, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ESTEVEZ-GARCIA,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY ALCANTAR et al,<br><br>        Defendant. | Case Number: CV08-03197 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David J. Kaufman
Kaufman & Kaufman
220 Montgomery Street
Suite 976
San Francisco, CA 94104

Edward Olsen
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: July 7, 2008

                                                            Richard W. Wieking, Clerk
                                                            By: Barbara Espinoza, Deputy Clerk