IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALICIA ESTEVEZ-GARCIA,

    Petitioner,

  v.

MICHAEL CHERTOFF & NANCY ALCANTAR,

    Respondents.
                                       /

No. C 08-03197 CRB

**JUDGMENT**

The Court having denied the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner Alicia Estevez-Garcia.

**IT IS SO ORDERED.**

Dated: July 7, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\3197\Judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ESTEVEZ-GARCIA, | Case Number: CV08-03197 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NANCY ALCANTAR et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David J. Kaufman
Kaufman & Kaufman
220 Montgomery Street
Suite 976
San Francisco, CA 94104

Edward Olsen
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: July 7, 2008

                                                  Richard W. Wieking, Clerk
                                                  By: Barbara Espinoza, Deputy Clerk